IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| SUSAN S. VIGEN, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION FILE NO. |
| | * | 4:02-CV-118-1 (CDL) |
| AFLAC INCORPORATED, | * | |
| Defendant. | * | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AND MOTION FOR CONFIRMING ORDER

PLAINTIFF SUSAN S. VIGEN and DEFENDANT AFLAC INCORPORATED, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action in its entirety, with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a), with the parties to bear their respective attorneys' fees and costs and further move this Court to enter an Order confirming such dismissal with prejudice, with the parties to bear their respective attorneys' fees and costs.

Respectfully submitted, this 25th day of July, 2003.

BUNN, BYRD, NEWSOM & HIX

Gwyn Newsom-Bunn
Georgia State Bar No. 541450
Attorney for Plaintiff

215 9th Street - P. O. Box 629
Columbus, GA 31902-0629
(706) 324-4900

George G. Boyd, Jr. (by GWBwith
Georgia State Bar No. 103400   express
Attorney for Defendant           permission )

AFLAC, Legal Division
1932 Wynnton Rd.
Columbus, GA 31999

